# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JESSON SAMUEL NICOLAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1476

[November 26, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael J. Linn, Judge; L.T. Case No. 562022CF000902A.

Andrea Flynn Mogensen of Law Office of Andrea Flynn Mogensen, PA, Sarasota, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Nathanial LeBlanc, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***